# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte DIVISION
## CIVIL ACTION NO. 3:97-cr-00249-GCM

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiffs, <br><br> v. <br><br> MILAS HENRY MACK, <br><br> Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Milas Henry Mack filed a pro se Motion to Reduce Sentence Pursuant to the First Step Act of 2018 (Doc. No. 39). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: May 27, 2021

Graham C. Mullen
United States District Judge