**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:97-cr-00249-GCM**

| | |
|---|---|
| **USA**<br><br>**v.**<br><br>**MILAS HENRY MACK,**<br><br>    **Defendant.** | **ORDER** |

     **THIS MATTER** comes before the Court on its own motion. Defendant Milas Henry Mack filed a Motion for Compassionate Release (ECF No. 48). The Court instructs the Government to respond to this Motion within 60 days of entry of this Order.

     **SO ORDERED**.

Signed: January 4, 2024

Graham C. Mullen
United States District Judge